HENRY SCALA, PLAINTIFF, v. UNITED STATES HOFF-
MAN MACHINERY CORPORATION, DEFENDANT.

Submitted November term, 1923—-Decided March 4, 1924.

**Negligence—Motor Vehicle Collision With an Unlighted Truck
Parked on a Street—Plaintiff's Judgment Sustained.**

On rule.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiff, *Michael D. Miriello.*

For the defendant, *Frank G. Turner.*

PER CURIAM.

This was an accident case, in which the plaintiff received
a verdict of $7,000 for personal injuries. The defendant
obtained a rule to show cause and writes down ten reasons
for a new trial. They call for no discussion. They are
without legal merit. All the questions involved are questions
of fact. The plaintiff was riding in an automobile driven
by John Ferrari, about eight o'clock in the evening of March
30th, 1922. He ran into the defendant's automobile truck,
which was parked on Main street, Paterson, unlighted. As
a result of the collision the plaintiff's right leg was fractured
at the hip: The doctor's bill was $250. The hospital bill
was $194. The plaintiff was earning on the average at the
time of the accident $30 to $35 per week. He has been unable
to work since the accident. The rule to show cause is dis-
charged.